IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CHRISTIAN MAYO, <br><br> Plaintiff, <br><br> v. <br><br> ACOUSTICAL SHEETMETAL COMPANY LLC <br><br> Defendant, | Civil Action No.: 2:21-cv-111 |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Christian Mayo, and the Defendant, Acoustical Sheetmetal Company, LLC, by their counsel, and represent to the Court that they have reached a general settlement of the disputes between them, and shall submit a Stipulation of Dismissal with the Court once a final settlement agreement has been fully executed.

Respectfully Submitted,

CHRISTIAN MAYO

    /s/
Brandon T. Bybee (VSB# 92140)
William B. Barteau (VSB# 93381)
BRANDON T. BYBEE, P.L.C.
208 E. Plume St., Ste 327
Norfolk, VA 23510
Tel: (757) 568-0090
Fax: (866) 568-0090
Brandon@Bybeelegal.com
William@bybeelegal.com
*Counsel for Plaintiff*

1

ACOUSTICAL SHEETMETAL COMPANY, LLC

/s/
_____
Kelvin L. Newsome (VSB No. 34478)
Mary Grace Miller (VSB No. 86368)
O'HAGAN MEYER PLLC
411 East Franklin St., Ste. 500
Richmond, Virginia 23219
Tel: (804) 403-7143
Fax: (804) 237-0250
 N Q H Z V R P H@ohaganmeyer.com
mgmiller@ohaganmeyer.com
*Counsel for Defendant*