# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| CHRISTIAN MAYO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:21-cv-00111-AWA-LRL |
| | ) |
| ACOUSTICAL SHEETMETAL COMPANY, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Christian Mayo and Defendant Acoustical Sheetmetal Company, LLC, by and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in the above-captioned matter. The parties, having resolved the issues in this matter, hereby stipulate that the above-styled action, including any and all claims raised in such action, has been resolved and the parties jointly request that it be dismissed with prejudice, with each party to bear his/its own costs, including attorneys' fees.

Dated: December 7, 2021

Respectfully submitted,

/s/
Kelvin L. Newsome (VSB No. 34478)
Mary Grace Miller (VSB No. 86368)
O'Hagan Meyer
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone:   (804) 403-7137
Facsimile:   (804) 237-0250
Email: knewsome@ohaganmeyer.com
Email: mgmiller@ohaganmeyer.com

*Counsel for Acoustical Sheetmetal Company, LLC*

2

/s/_____
Brandon T. Bybee (VA State Bar No. 92140)
William B. Barteau (VA State Bar No. 93381)
BRANDON T. BYBEE, P.L.C.
208 E. Plume Street, Suite 327
Norfolk, Virginia 23510
Telephone: (757) 568-0090
Facsimile: (866) 568-0090
brandon@bybeelegal.com
william@bybeelegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send an electronic notice of such filing to all counsel of record.

/s/
Kelvin L. Newsome (VSB No. 34478)
Mary Grace Miller (VSB No. 86368)
O'HAGAN MEYER
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone:   (804) 403-7137
Facsimile:   (804) 237-0250
Email: knewsome@ohaganmeyer.com
Email: mgmiller@ohaganmeyer.com

*Counsel for Acoustical Sheetmetal Company, LLC*